| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar No. 89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar No. 221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 6:07-MJ-0075-WMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY TERMS OF |
| | ) | PROBATION; AND ORDER THEREON |
| v. | ) | |
| | ) | Judge: Hon. William M. Wunderlich |
| PAUL A. HURTADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 10, 2007, defendant, Paul A. Hurtado, appeared before this court for judgment and sentence. Conditions included that defendant serve 12 months informal probation, credit for time served 3 days, and to pay a fine of $690.00 plus a $10.00 penalty assessment.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JOHN HEARNE, National Park Service, counsel for Plaintiff, and CHARLES J. LEE, Assistant Federal Defender, counsel for Defendant, that informal probation be extended a period of 9 months and that Mr. Hurtado be ordered to pay $100.00 by September 15, 2008, and $100.00 by the fifteenth of every month thereafter until his fine is paid in paid in full.

Mr. Hurtado informs me he has obeyed all laws during his time on probation. However, he has not been working until recently and has been unable to pay his fine. He is now currently working and wishes to make his payments. The parties agree this probation modification would be best suited for this

defendant's rehabilitation.

DATED:     August 8, 2008

/s/ John Hearne
JOHN HEARNE
National Park Service

DATED:     August 8, 2008                    DANIEL J. BRODERICK
Federal Defender

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

**Dated:   August 19, 2008**              /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE